# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

IN RE:

| | |
|---|---|
| **Micah Bruce Fleming,** and **Joy Lynn Fleming,** | CASE NO.: 18-41008-BEM<br><br>CHAPTER 13 |
| Debtors. | |

_____/

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COMES NOW, U.S. Bank National Association, Not in Its Individual Capacity But Solely As Trustee NRZ Pass-Through Trust X hereinafter referred to as ("Movant"), who holds a secured lien on the Debtor's real property known as 7237 Highway 225, Chatsworth, GA 30705, and files this Objection to Confirmation of Debtor's Plan.

Movant anticipate to file a proof of claim with pre-petition arrearage in the amount of $15,530.67. The Debtor's Chapter 13 Plan lists a pre-petition arrearage owed to Movant of $13,253.00. The arrears listed in the Plan do not match Movant's pre-petition arrearage amount. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan or enter such orders that the Court deems just and proper.

Date: May 18, 2018

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Andrea L. Betts
Andrea L. Betts
GA Bar Number 432863
Email: abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MATTHEW THOMAS BERRY
MATTHEW T. BERRY & ASSOCIATES
SUITE 600
2751 BUFORD HIGHWAY, NE
ATLANTA, GA 30324

MICAH BRUCE FLEMING
JOY LYNN FLEMING
7237 HIGHWAY 225 SOUTH
CHATSWORTH, GA 30705

MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
SUITE 2200
191 PEACHTREE STREET, NE
ATLANTA, GA 30303-1740

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Andrea L. Betts
Andrea L. Betts
GA Bar Number 432863
Email: abetts@rascrane.com